UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | WHITNEY N. CALAIS | CASE NO. 26-10567 |
| | DEBTOR | CHAPTER 13 |
| | | SECTION A |

**DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY OF STANDARD MORTGAGE CORPORATION (ECF DOC. 28)**

**MAY IT PLEASE THE COURT**, Whitney Calais, debtor in the above-captioned case, responds to the Motion for Relief from Stay of Standard Mortgage Corporation (ECF Doc. 28), as follows:

The debtor is attempting to negotiate a stipulation with the mortgage company to cure any alleged arrearages.

WHEREFORE, Debtor in the above-captioned case prays that the Motion (ECF Doc. 28) be denied. Debtor also requests all other general and equitable relief.

Respectfully Submitted:

s/ Rachel Thyre Vogeltanz_
Rachel Thyre Vogeltanz (33501)
The Law Office of Rachel Thyre Vogeltanz, LLC
428 W. 21st Ave.
Covington, LA 70433
(985) 377-9271
rachel@rachel.law
Counsel for Debtor(s)

## CERTIFICATE OF SERVICE

I, Rachel Thyre Vogeltanz, do hereby certify that on this 2nd day of November 2026, I have served a copy of the foregoing RESPONSE on the parties below by electronic service via the Court's website:

Karie L Fahrenholz
ecf@ch13no.com

Foerstner Graham Meyer on behalf of Creditor Standard Mortgage Corporation, c/o Graham, Arceneaux, & Allen, LLC
fmeyer@gra-arc.com, bankruptcy@gra-arc.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

s/ Rachel Thyre Vogeltanz_
Rachel Thyre Vogeltanz (33501)
The Law Office of Rachel Thyre Vogeltanz, LLC
428 W. 21st Ave.
Covington, LA  70433
(985) 377-9271
rachel@rachel.law
Counsel for Debtor(s)